**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| KEVIN CARTER, | : | |
|  | : | Civil Action No. 14-4741(RMB) |
| Plaintiff, | : | |
| v. | : | **MEMORANDUM AND ORDER** |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

**BUMB**, District Judge:

This matter comes before the Court upon Plaintiff's request for an extension of time to submit to the Court a written statement establishing the date of the final agency disposition of his FTCA claim. (ECF No. 9.) Petitioner filed a FOIA request and is awaiting a response. (<u>Id.</u>) For good cause shown, the Court will grant Petitioner an extension of time.

**IT IS** therefore, on this **6th** day of **August** **2015**,

**ORDERED** that the Clerk shall reopen this matter, and it is further

**ORDERED** that Plaintiff's request for an extension of time (ECF No. 9) is GRANTED; Plaintiff shall have until October 5, 2015 to submit to this Court his written statement establishing

1

the date of the final agency disposition of his FTCA claim; and it is further

**ORDERED** that the Clerk of Court shall administratively terminate this matter without prejudice; and it is further

**ORDERED** that upon receipt of the above-described submission by Plaintiff, the Clerk of the Court will be directed to reopen this case; and it is finally

**ORDERED** that the Clerk shall serve this Memorandum and Order upon Plaintiff by regular U.S. Mail.

                                                s/Renée Marie Bumb
                                                RENÉE MARIE BUMB
                                                United States District Judge