**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| KEVIN CARTER, | : | |
| | : | Civil Action No. 14-4741(RMB) |
| Plaintiff, | : | |
| | : | |
| v. | : | **MEMORANDUM AND ORDER** |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | |

**BUMB**, District Judge:

On December 3, 2015, this Court directed the Clerk to file Plaintiff's Amended Complaint, granted Plaintiff's IFP application, and directed the U.S. Marshals Service to serve the Summons and Amended Complaint on Defendant United States of America. (Order, ECF No. 12.) In his Amended Complaint, Plaintiff dropped his Bivens claims against Defendants Jonathon C. Miner, Charles E. Samuels, and J.T. Shartle. (ECF No. 7.) The only remaining defendant this action is the United States of America. On April 27, 2016, summonses were issued by mistake for Jonathon C. Miner, Charles E. Samuels, and J.T. Shartle. (ECF No. 19.)

**IT IS** therefore, on this **13th** day of **May 2016,**

1

**ORDERED** that the Clerk shall administratively terminate the following Defendants from this action: Jonathon C. Miner, J.T. Shartle, Unnamed BOP Regional Directors, and Charles E. Samuels; and it is further

**ORDERED** that the Clerk shall serve this Memorandum and Order upon Plaintiff by regular U.S. Mail.

s/RENÉE MARIE BUMB_____
**RENÉE MARIE BUMB**
**United States District Judge**